IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>v.                                         )<br>                                              )<br>Susan D'Orta                       )<br>                                              )<br>            Defendant.           )<br>_____) | NO. Cr.S-04-0026-WBS<br><br>ORDER<br>(Modification of pre trial release<br> conditions) |

          The court has reviewed the stipulation and proposed order filed by counsel on July 28, 2005, and adopts the stipulated changes to the special conditions of release for defendant Susan D'Orta, as follows:

          1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

          2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

          3. You are released to the third-party custody of Ernest Haynes;

          4. Your travel is restricted to the District of Arizona and the State of California without the prior consent of the Pretrial Services Officer;

1

5. You shall reside at 6599 E. Thomas Road, Scottsdale, Arizona 85251 and not change your residence without the prior approval of the Pretrial Services Officer; and

6. You shall seek and/or maintain employment.

DATED:  July 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE