1  DWIGHT M. SAMUEL (CA SB# 054486)
2  A Professional Corporation
   117 J Street, Suite 202
3  Sacramento, California 95814-2282
   E-Mail: dmsamuel@oldsaclaw.com
4  Telephone: (916) 447-1193

5  Attorney for Defendant
   SUSAN E. D'ORTA
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA    )    CASE NO.: CR.S-04-0026 WBS
                                )
12       Plaintiff,             )
                                )
13    v.                        )    ORDER
                                )
14 SUSAN E. D'ORTA              )
                                )
15       Defendant.             )
16 _____)

17       On September 19, 2005 a hearing was held to determine if Rule 17 c subpoenas
18 would be issued pursuant to Defendant D'Orta's motion. All parties were present, the
19 United States was represented by AUSA Dan Lindhardt, Dwight M. Samuel represented
20
   Susan D'Orta and Mathew Bockman of the Federal Public Defender's office represented
21
   Co-Defendant Bledsoe. The Defendants were not present and had waivers in the file.
22
23       The Court finds that there was no opposition filed as to the request for records for
24 the following persons or companies: I-Payment, John Gibson and Gibson Golf
25 Management, and Patricia and Conrad Anderson.
26
         The Court Orders Subpoena Ducum Tecums be issued for books, documents,
27
   records as more specifically enumerated in description of documents to be produced found
28

in the subpoenas issued to the above persons or companies.

The court further orders that said documents will be produced in a sealed condition, either in envelopes or boxes whichever is appropriate, to the United States District Court For the Eastern District, at 501 I Street, Sacramento, CA 95814, attention Judge William B. Shubb . The documents will be clearly labeled on the outside as being "Documents Produced Pursuant to Court Order in case of U.S. v. D'Orta , case number CR.S 04-026.

The Court further orders, that to insure privacy rights, the documents be sealed. The documents produced will only be opened by the court. The court will review the documents and make a determination of what documents will be disclosed. Upon making that determination the court will release copies of those documents.

The court further orders documents are to be produced on or before November 23, 2005. If the documents are produced no court appearance will be necessary.

September 29, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE