DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
SUSAN D'ORTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                         )<br>            Plaintiff,                       )<br>                                                         )<br>v.                                                     )<br>                                                         )<br>SUSAN D'ORTA,                       )<br>                                                         )<br>            Defendant.                    )<br>                                                         )<br>_____) | NO. Cr. S-04-0026-WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

     Defendants Susan D'Orta and James Bledsoe, through respective counsel, and the United States of America, through Assistant U.S. Attorney Matthew Segal, agree that the Judgement and Sentencing set for October 1, 2007 be continued to November 5, 2007 at 8:30 am..

     In addition, it is agreed that the Schedule for Disclosure is Amended as follows:

| | |
|---|---|
| Judgement and Sentencing: | 11/05/2007 |
| Motion for Correction of the Pre-Sentence Report Shall be filed with the Court and Served on the Probation Office r and Opposing Counsel no later than: | 10/29/2007 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later than: | 10/22/2007 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no later than: | 10/15/2007 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no later than: | 10/08/2007 |

Further AUSA, Matthew Segal conveyed that the US will oppose any further continuances.

Respectfully submitted,

DATED: August 15, 2007                /S/Dwight M. Samuel
                                      Dwight M. Samuel
                                      Attorney for Defendant
                                      Susan D'Orta

DATED: August 15, 2007                /S/Matt Bockmon
                                      Matt Bockmon
                                      Attorney for Defendant
                                      James Bledsoe

DATED: August 15, 2007                /S/Matthew Segal
                                      Matthew Segal
                                      Assistant United States Attorney
                                      (Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED:  August 17, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE