UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SUSAN E. D'ORTA-BLEDSOE,

        Defendant.

_____/

NO. CR. S-04-0026 WBS

<u>ORDER</u>

----oo0oo----

        Defendant Susan E. D'Orta-Bledsoe has begun the post-judgment motion process in this case by filing two motions. First, she moves for "correction, reduction and method by which to serve" her sentence. In a second and separate motion, she moves for "credits for time already served in custody." The United States is ordered to file a written response to each of these ///

///

///

1 motions by May 13, 2008.  Defendant shall file any replies by
2 May 20, 2008.  The motions will then be taken under submission.
3         IT IS SO ORDERED.
4 DATED:  April 29, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE