UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SUSAN D'ORTA-BLEDSOE,

        Defendant.
_____/

NO. CR. 2:04-0026 WBS

ORDER

----oo0oo----

     On October 8, 2008, defendant Susan D'Orta-Bledsoe filed a motion for modification or reduction of sentence based on an intervening change in the United States Sentencing Guidelines. The United States shall file any opposition to defendant's motion no later than October 29, 2008. Defendant may then file a reply no later than November 5, 2008. The matter will be taken under submission without oral argument pursuant to Eastern District Local Rule 78-230(h).

DATED: October 15, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE