IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. CR 2:04-26 WBS |
| )     Plaintiff,          ) | |
| )                         | ORDER |
|     v.                    ) | |
| )                         | |
| SUSAN D'ORTA,             ) | |
| )                         | |
| )     Defendant.          ) | |
| )                         | |
| _____ ) | |

The United States has filed an ex parte motion, pursuant to Fed. R. Crim. P. 48(a) and 18 U.S.C. § 401(1), that Susan D'Orta be adjudged in criminal contempt of court for making allegedly false statements at the sentencing proceeding that began on January 14, 2008.

So that defendant may respond to the motion, IT IS HEREBY ORDERED that the motion be unsealed and served upon defendant's attorney, who shall file a response to the motion within thirty days from the date the motion is unsealed and served. The United States Attorney may file a reply within fifteen days thereafter, and the motion shall be placed on the court's calendar for hearing at 8:30 a.m. on March 16, 2009.

1    IT IS SO ORDERED.

2 DATED: December 23, 2008

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE