UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SUSAN E. D'ORTA-BLEDSOE,

        Defendant.

_____/

NO. CR. S-04-0026 WBS

ORDER

----oo0oo----

For the reasons set forth in the government's opposition, defendant's motion to file her medical records under seal will be denied. Defendant has already herself placed her medical condition in issue and in public view in this action by filing voluminous, unsealed and unredacted copies of her own medical records.[1] The public right of access to judicial proceedings and records is grounded in both the First Amendment

---

[1] See Docket entries 120, 121, 122, and 123.

1

1  and common law.  <u>CBS, Inc. v. U.S. Dist. Court</u>, 765 F.2d 823,
2  825 (9th Cir. 1985).  That right was developed to serve the
3  goals of facilitating public oversight and informed discussion
4  of the courts and reinforcing legitimacy.  <u>See</u> <u>Cal. First</u>
5  <u>Amendment Coal. v. Woodford</u>, 299 F.3d 868, 874 (9th Cir. 2002);
6  <u>Valley Broad. Co. v. U.S. Dist. Court</u>, 798 F.2d 1289, 1293 (9th
7  Cir. 1986).  Defendant has presented no facts or arguments to
8  overcome the strong presumption of public access to the records
9  in this case.
10        IT IS THEREFORE ORDERED that defendant's motion for
11  leave to file her medical records under seal be, and the same
12  hereby is, DENIED.
13  DATED:  February 4, 2009

　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE