```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 2:04-26 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ |
| v. | ) | ORDER TO FILE SUBSTITUTE |
| | ) | REDACTED EXHIBIT |
| SUSAN D'ORTA, | ) | |
| Defendant. | ) | |

The parties jointly request that the Court remove Doc. #181 from the clerk's record and file the attached, which is the same except that purported SSNs are redacted.

```
                                  Respectfully Submitted,
                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

DATED:    March 24, 2009     By:   /s/ Matt Segal
                                  MATTHEW D. SEGAL
                                  Assistant U.S. Attorney


DATE:     March 24, 2009           /s/ Dwight Samuel
                                  DWIGHT SAMUEL
                                  Attorney for Susan D'Orta
```

**IT IS SO ORDERED.**

DATED:  March 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE